

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298


James F. Horton
212.583.2688 direct
212.583.9600 main
646.390.4315 fax
jfhorton@littler.com

February 21, 2020


**VIA ECF**

Honorable A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

**Re:**     ***Steven Schwartz v. Allstate Ins. Co.*,**
           **20-CV-79 (JMA) (AKT)**

Dear Judge Tomlinson:

We represent Defendant Allstate Insurance Company in the above-referenced action.  Pursuant to Your Honor's Individual Rules, we submit this letter to request an extension of time to respond to the Complaint until March 23, 2020.  This is Defendant's first request for an extension, and Plaintiff consents to this request.

Defendant requests this extension of time because it was not served through its registered agent or through the New York Secretary of State.  After Allstate was made aware of the Complaint, it retained this firm as counsel on February 20, 2020.  This extension will provide the undersigned the opportunity to investigate the allegations in the Complaint and properly respond.  Defense counsel has agreed to accept service of the Complaint; thus, the issue of service is moot.

We appreciate Your Honor's consideration of Defendant's request.

Respectfully submitted,

Littler Mendelson, P.C.


*/s/ James F. Horton*


James F. Horton


cc:     All Counsel of Record (via ECF)